# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

135965

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

STEVEN DOUGLAS PINGLE,
       Defendant-Appellant.

SC: 135965
COA: 282645
Livingston CC: 02-013130-FC

_____/

       On order of the Court, the application for leave to appeal the January 29, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

Clerk

t0519